

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00881-CR

**EX PARTE** Victor Manuel **REGINO DE LA ROSA**

From the County Court, Kinney County, Texas
Trial Court No. 11179CR
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED July 30, 2025

_____
Velia J. Meza, Justice